IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAFAEL CUEVAS,

    Petitioner,

v.

KEVIN CHAPPELL, Warden,

    Respondent.

                                              /

No. C 12-01161 YGR (PR)

**ORDER LIFTING STAY AND DIRECTING RESPONDENT TO SHOW CAUSE WHY THE WRIT SHOULD NOT BE GRANTED**

    Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On May 7, 2012, the Court issued an Order granting Petitioner's request for a stay of proceedings while he returned to state court to exhaust his state judicial remedies. On February 12, 2014, Petitioner informed the Court that his state proceedings had concluded. On April 7, 2014, he filed a first amended habeas petition containing his exhausted claims.

    Before the Court are Petitioner's motion to lift the stay and motion for leave to file his first amended petition. (Docket No. 14.)

    Good cause appearing, Petitioner's motion to lift the stay is GRANTED. Petitioner is also GRANTED leave to file his first amended petition. The Clerk of the Court is directed to mark Petitioner's first amended petition as filed on April 7, 2014, the date it was received.

    The Clerk of the Court shall REOPEN this case and serve a copy of this Order and **the first amended petition and all attachments thereto** (Docket No. 16) upon Respondent and

1  Respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a
2  copy of this Order on Petitioner at his most current address.
3       Respondent shall file with this Court and serve upon Petitioner, within **sixty (60) days** of the
4  issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing
5  Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent
6  shall file with the answer a copy of all portions of the state trial record that have been transcribed
7  previously and that are relevant to a determination of the issues presented by the petition.
8       If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the
9  Court and serving it on Respondent within **sixty (60) days** of his receipt of the answer. Otherwise,
10 the petition will be deemed submitted and ready for decision sixty days after the date Petitioner is
11 served with Respondent's answer. Petitioner is reminded that all communications with the Court,
12 whether by way of formal legal motions or informal letters, must be served on Respondent by
13 mailing a true copy of the document to Respondent's counsel.
14      Extensions of time are not favored, though reasonable extensions will be granted. Any
15 motion for an extension of time must be filed no later than **fourteen (14) days** prior to the deadline
16 sought to be extended.
17      Kevin Chappell, the current warden of the prison where Petitioner is incarcerated, has been
18 substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.
19      This Order terminates Docket No. 14.
20      IT IS SO ORDERED.
21 DATED: April 23, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

P:\PRO-SE\YGR\HC.12\Cuevas1161.liftSTAY&OSC.wpd                2