IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL CUEVAS,**<br><br>       Petitioner,<br><br>       v.<br><br>**KEVIN CHAPPELL, Warden,**<br><br>       Respondent. | No. C 12-01161 YGR (PR)<br><br>**ORDER** |

   GOOD CAUSE APPEARING, it is hereby ordered that the Court GRANTS Respondent's request for a four-day enlargement of time in which to file its motion to dismiss the petition for writ of habeas corpus. The time in which Respondent may file its dispositive motion will be extended *nunc pro tunc* to June 27, 2014, the date that Respondent's motion to dismiss was filed. Petitioner shall file with the Court and serve upon Respondent's counsel, within **sixty (60) days** of his receipt of the motion to dismiss, an opposition or statement of non-opposition to the motion. Should Petitioner file an opposition to the motion, Respondent shall file with the Court and serve upon Petitioner a reply within **fourteen (14) days** of his receipt of the opposition.

Dated: July 23, 2014

YVONNE GONZALEZ ROGERS
United States District Judge

P:\PRO-SE\YGR\HC.12\Cuevas1161.grantEOT.doc

1