UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL CUEVAS,<br><br>    Petitioner,<br><br>v.<br><br>KEVIN R. CHAPPELL, Warden,<br><br>    Respondent. | Case No. 12-cv-01161-YGR (PR)<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO FILE RENEWED MOTION TO DISMISS** |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until **May 14, 2015**, to file his renewed motion to dismiss the petition for a writ of habeas corpus. Petitioner shall file with the Court and serve upon Respondent's counsel, within **twenty-eight (28) days** of his receipt of the renewed motion, an opposition or statement of non-opposition to the motion. Should Petitioner file an opposition to the motion, Respondent shall file with the Court and serve upon Petitioner a reply within **fourteen (14) days** of his receipt of the opposition.

This Order terminates Docket No. 26.

IT IS SO ORDERED.

Dated: April 22, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge